**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-302-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

STEPHEN J. YOBST,

       Defendant.

---

**UNOPPOSED MOTION TO ALLOW TRAVEL OUTSIDE OF
THE STATE AND DISTRICT OF COLORADO**

---

       Defendant Stephen J. Yobst, by and through undersigned counsel, respectfully requests that the Court grant this unopposed motion to travel outside of the State and District of Colorado departing November 25 and returning December 5, 2019. In support, Mr. Yobst states as follows:

       1.    Mr. Yobst was charged in the above-entitled case by way of a four count Information filed on June 26, 2019 [Doc. #1-1]. A determination was made at his Initial Appearance held on that date that his profile does not call for current supervision and, accordingly, Mr. Yobst is on unsupervised pre-trial status with the U.S. Probation Office

---

[1] [Doc. # AA] is the convention used by this writer to designate papers filed in this case through the Court's Case Management and Electronic Filing System (CM/ECF).

1

[Doc # 6].

2. Mr. Yobst's U.S. Passport has been surrendered to, and is in the custody of, either the Clerk's Office of the U.S. District Court for the District of Colorado or the U.S. Department of State at this time [Doc. #8].

3. Mr. Yobst wishes to travel to the State of North Carolina, by air, to visit his elderly mother and a sister who resides in close proximity to the mother in that state. He will be accompanied by his wife.

4. Undersigned counsel has consulted with Assistant U.S. Attorney Tim Neff and is authorized to represent to the Court that Mr. Neff has no objection to the grant of this motion.

WHEREFORE, for all of the foregoing reasons, Defendant prays that the Court will grant his motion to travel outside the State and District of Colorado departing November 25 and returning December 5, 2019.

Respectfully submitted,

Dated: November 11, 2019          by: s/ Michael F. Arvin
                                  Michael F. Arvin
                                  Michael F. Arvin, Attorney, PC
                                  501 South Cherry St.
                                  Suite 1100
                                  Denver, Colorado 80246
                                  Telephone: (303) 629-6640
                                  FAX:       (303) 629-6679
                                  E-mail: arvinlawoffices-ecf@arvin-denver.com
                                  Attorney for Defendant Stephen J. Yobst

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of November, 2019, I electronically filed the foregoing UNOPPOSED MOTION TO TRAVEL OUTSIDE OF THE STATE AND DISTRICT OF COLORADO with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Tim.Neff@usdoj.gov

Tim R. Neff
U.S. Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Attorney for the United States

                                        s/ Michael F. Arvin
                                        Michael F. Arvin